Richard M. Heimann (State Bar No. 063607)
Joy A. Kruse (State Bar No. 142799)
Bruce W. Leppla (State Bar No. 071642)
Sharon M. Lee (Motion for *Pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: rheimann@lchb.com
Email: jakruse@lchb.com
Email: bleppla@lchb.com
Email: slee@lchb.com

Proposed Lead Counsel

FILED
07 JUN 18 PM 3:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BY FAX

SCOTT KAIRALLA, Individually And On Behalf Of All Others Similarly Situated,

Plaintiff,

v.

AMGEN, INC., AMGEN, INC., KEVIN W. SHARER, WILLARD H. DERE, RICHARD D. NANULA, DENNIS M. FENTON, ROGER M. PERLMUTTER, BRIAN M. MCNAMEE, GEORGE J. MORROW, EDWARD V. FRITZKY, GILBERT S. OMENN, and FRANKLIN P. JOHNSON, JR.,

Defendants.

Case No. 2:07-cv-02536-PSG-PLA

**NOTICE OF MOTION AND MOTION BY THE MAINE STATE RETIREMENT SYSTEM FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Date: July 16, 2007
Time: 1:30 P.M.
Ctrm: 790
Judge: Hon. Philip S. Gutierrez

Date Action Filed: April 17, 2007

DOCKETED ON CM
JUN 26 2007
BY 002

22

| | |
|---|---|
| MELANIE MENDELL, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMGEN, INC., AMGEN, INC., KEVIN W. SHARER, WILLARD H. DERE, RICHARD D. NANULA, DENNIS M. FENTON, ROGER M. PERLMUTTER, BRIAN M. MCNAMEE, GEORGE J. MORROW, EDWARD V. FRITZKY, GILBERT S. OMENN, and FRANKLIN P. JOHNSON, JR.,<br><br>Defendants. | Case No. 2:07-cv-02849-PSG-PLA |
| GARY JAFFE, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMGEN, INC., AMGEN, INC., KEVIN W. SHARER, WILLARD H. DERE, RICHARD D. NANULA, DENNIS M. FENTON, ROGER M. PERLMUTTER, BRIAN M. MCNAMEE, GEORGE J. MORROW, EDWARD V. FRITZKY, GILBERT S. OMENN, and FRANKLIN P. JOHNSON, JR.,<br><br>Defendants. | Case No. 2:07-cv-02865-PSG-PLA |

| JOHN A. ELDEN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMGEN, INC., AMGEN, INC., KEVIN W. SHARER, WILLARD H. DERE, RICHARD D. NANULA, DENNIS M. FENTON, ROGER M. PERLMUTTER, BRIAN M. MCNAMEE, GEORGE J. MORROW, EDWARD V. FRITZKY, GILBERT S. OMENN, and FRANKLIN P. JOHNSON, JR.,<br><br>Defendants. | Case No. 2:07-cv-03145-PSG-PLA |
|---|---|

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD IN THE ABOVE-CAPTIONED ACTIONS:

PLEASE TAKE NOTICE THAT on July 16, 2007, at 1:30 p.m., or on such date and at such time as designated by the Court, class member Maine State Retirement System ("MSRS" or "Movant") will move this Court for an Order: (1) consolidating the above-captioned actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing MSRS as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and (3) approving MSRS's selection of Lieff, Cabraser, Heimann & Bernstein, LLP as Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

This Motion is based on this Notice of Motion and Motion for Consolidation of Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel; the Memorandum of Points and Authorities in support thereof; and the Declaration of Joy A. Kruse, with attached exhibits, filed concurrently, and such other written or oral argument as may be permitted by the Court.

Dated: June 18, 2007

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: [signature]
Joy A. Kruse

Richard M. Heimann (State Bar No. 063607)
Joy A. Kruse (State Bar No. 142799)
Bruce W. Leppla (State Bar No. 071642)
Sharon M. Lee (Motion for *Pro hac vice* to be filed)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Proposed Lead Counsel

629775.1

- 4 -

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD COUNSEL, AND APPROVAL OF LEAD COUNSEL