Gretchen M. Nelson (#112566)
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: gnelson@kreindler.com
*Local Counsel for Lead Plaintiff*
*Connecticut Retirement Plans And Trust Funds*

Jonathan M. Plasse (*admitted pro hac vice*)
Christopher J. McDonald (*admitted pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cmcdonald@labaton.com
Attorneys for Lead Plaintiff
Connecticut Retirement Plans And Trust Funds and
Lead Counsel for the Putative Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE AMGEN INC. SECURITIES LITIGATION | Case No.: CV 07-2536 PSG (PLAx)<br>Honorable Philip S. Gutierrez<br>**DECLARATION OF CHRISTOPHER J. MCDONALD IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br>Date: June 15, 2009<br>Time: 1:30 p.m.<br>Courtroom: 790 - Roybal |

DECLARATION OF C. MCDONALD IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
CASE NO. CV 07-2536 PSG (PLAx)

1  CHRISTOPHER J. MCDONALD declares as follows pursuant to 28 U.S.C.
2  § 1746:
3      1.    I am an attorney with the law firm of Labaton Sucharow LLP, Court-
4  appointed lead counsel for the Connecticut Retirement Plans and Trust Funds, the
5  Court-appointed lead plaintiff in the above-titled action. I am a member of the bars
6  of the State of New York and the Southern and Eastern Districts of New York. I
7  have also been admitted to appear *pro hac vice* before this Court in the above-
8  captioned action. I respectfully submit this declaration in support of the
9  Connecticut Retirement Plans and Trust Funds' motion for class certification.
10      2.    Annexed hereto as exhibits are true and correct copies of the
11  following documents:

| Exhibit No. | Document Description |
|---|---|
| 1 | Transcript of meeting held on May 4, 2004 before the Food and Drug Administration Center for Drug Evaluation and Research Oncologic Drugs Advisory Committee |
| 2 | Transcript of meeting held on May 10, 2007 before the Food and Drug Administration Center for Drug Evaluation and Research Oncologic Drugs Advisory Committee |
| 3 | *The Cancer Letter*, Vol. 33 No. 6, dated Feb. 16, 2007 |
| 4 | FDA BRIEFING DOCUMENT dated May 10, 2007 Oncologic Drugs Advisory Committee Continuing Reassessment of the Risks of Erythropoiesis-Stimulating Agents (ESAs) Administered for the Treatment of Anemia associated with Cancer Chemotherapy |
| 5 | FINAL TRANSCRIPT AMGN - Amgen Analyst Call to Discuss Danish Head and Neck |

| Exhibit No. | Document Description |
|---|---|
|  | Cancer (DAHANCA) 10 Study<br><br>Event Date/Time: Feb. 16. 2007 / 4:00PM ET |
| 6 | Excerpts from the January 16, 2009 deposition transcript of Diego Naranjo |
| 7 | Declaration of Scott Hakala, Ph.D., CFA Regarding Market Efficiency, with exhibits |
| 8 | Letter from C. McDonald to S. Kramer dated February 17, 2009 |
| 9 | Email from S. Kramer to C. McDonald dated February 26, 2009 |
| 10 | Certification of the Connecticut Retirement Plans and Trust Funds, filed with the Court on June 18, 2007 |
| 11 | Amended Certification of the Connecticut Retirement Plans and Trust Funds, filed with the Court on October 1, 2007 |
| 12 | Excerpts from the December 4 and 5, 2008 deposition transcripts of Catherine E. LaMarr |
| 13 | *In re JDS Uniphase Corporation Securities Litigation*, No. C 02-1486 CW (N.D. Cal.), Order Granting Lead Plaintiff's Motion For Class Certification, entered December 21, 2005 |
| 14 | *In re Waste Management, Inc. Securities Litigation*, Master File No. H-99-2183 (S.D. Tex.), Findings and Order Preliminarily Certifying A Class For Settlement Purposes, Directing The Issuance Of Notice To The Class, And Scheduling A Fairness Hearing, entered February 7, 2002, and Order Approving Class Action Settlement, entered May 1, 2002 |
| 15 | Emails between C. McDonald and S. Kramer dated June 13 – 16, 2008, including email from S. Kramer to C. McDonald "SENT: |

| Exhibit No. | Document Description |
|---|---|
|  | Sun Jun 15 23:27:31 2008" |
| 16 | Emails between C. McDonald and S. Kramer dated January 12 and 14, 2009 |
| 17 | Labaton Sucharow LLP firm resume |
| 18 | Kreindler & Kreindler LLP firm resume |

3. Exhibits 17 and 18 are being submitted in connection with the Court's consideration of the adequacy of counsel prerequisite subsumed in Federal Rule of Civil Procedure 23(a)(4), and the resources, knowledge, and experience factors the Court "must consider" for the purpose of appointing class counsel pursuant to Rule 23(g).

4. On January 15, 2009, I received from counsel for Defendants four 5-inch binders of documents, containing 142 documents in total, in response to Plaintiff's request (as reflected in Exhibit 16) for Defendants' "loss causation" documents. On January 21, 2009, I received from counsel for Defendants a DVD containing 2,348 files (totaling 512 MB of data) in further response to Plaintiff's request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2009, at New York, New York.

Christopher J. McDonald