Name & Address:
Grethchen M. Nelson (SBN 112566)
KREINDLER & KREINDLER LLP
707 Wilshire Boulvard, Suite 4100
Los Angeles, CA 90017
(213) 622-6469

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE AMGEN INC. SECURITIES LITIGATION | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | Case No. CV 07-2536 PSG (PLAx) |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1. Reply Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Class Certification
2. Declaration of Christopher J. McDonald in Support of Reply Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Class Certification

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other   1. Reply Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Class Certification
2. Declaration of Christopher J. McDonald in Support of Reply Memorandum of Point

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):

May 29, 2009                                       Gretchen M. Nelson
Date                                                      Attorney Name

                                                            Connecticut Retirement Plans & Trust Funds
                                                            Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                           NOTICE OF MANUAL FILING