# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 07-2536-PSG (PLAx) | Date: | June 3, 2009 |
|---|---|---|---|
| Title: | CONNECTICUT RETIREMENT -VS- AMGEN, INC., ET AL. | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

| Proceedings (In Chambers): | LEAD PLAINTIFF CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS' MOTION FOR CLASS CERTIFICATION FILED 03-04-09 (DOC. 189); DEFENDANTS' REQUEST FOR JUDICIAL NOTICE (DOC. 205) |
|---|---|

PLEASE TAKE NOTICE that on the Court's own motion, above-referenced matter is hereby continued from June 15, 2009 to Monday, July 13, 2009 at 1:30 p.m.

|  | ---- : ---- |
|---|---|
| Initials of Preparer | WKH |