# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No.: | CV07-2536-PSG (PLAx) | Date: | June 19, 2009 |
|---|---|---|---|
| Title: | Connecticut Retirement v. Amgen Inc et al | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers): **LEAD PLAINTIFF CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS' MOTION FOR CLASS CERTIFICATION FILED 03-04-09 (DOC. 189); DEFENDANTS' REQUEST FOR JUDICIAL NOTICE (DOC. 205)**

  PLEASE TAKE NOTICE that at defendants' request, the *Stipulation Re: Hearing Date on Lead Plaintiff's Motion for Class Certification*, filed on June 17, 2009, is hereby withdrawn and moot.

  Accordingly, the above-referenced motion shall remain on the Court's calendar for Monday, July 13, 2009 at 1:30 p.m.

IT IS SO ORDERED.

|  | ---- | : | ---- |
|---|---|---|---|
|  | Initials of Preparer | WKH | |