**FILED**

**DEC 11 2009**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| AMGEN INC. SECURITIES LITIGATION, <br><br> Petitioner, <br><br> v. <br><br> CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS, <br><br> Respondent. | No. 09-80141 <br><br> D.C. No. 2:07-cv-02536-PSG <br> Central District of California, <br> Los Angeles <br><br> ORDER |
|---|---|



Before: GOODWIN and RYMER, Circuit Judges.

Respondent's motion to file the answer to the petition for permission to appeal under seal is granted. Petitioner's motion for leave to file a reply brief in support of the petition is granted.

The court, in its discretion, grants the petition for permission to appeal the district court's August 12, 2009 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 10 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

cj/MOATT