**LABATON SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
*tdubbs@labaton.com*
James W. Johnson (*pro hac vice*)
*jjohnson@labaton.com*
Christopher J. McDonald (*pro hac vice*)
*cmcdonald@labaton.com*
Louis Gottlieb (*pro hac vice*)
*lgottlieb@labaton.com*
Richard T. Joffe (*pro hac vice*)
*rjoffe@labaton.com*
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Attorneys for Lead Plaintiff and Class
Representative Connecticut Retirement Plans and
Trust Funds and Counsel for the Class

**KREINDLER & KREINDLER LLP**
Gretchen M. Nelson (#112566)
*gnelson@kreindler.com*
707 Wilshire Boulevard, Suite 3600
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Local Counsel for Lead Plaintiff and Class
Representative Connecticut Retirement Plans and
Trust Funds

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE AMGEN INC. SECURITIES LITIGATION | **Case No. CV 07-2536 PSG (PLAx)** |
| | **Honorable Philip S. Gutierrez** |
| | **PLAINTIFF'S NOTICE OF MOTION *IN LIMINE* NO. 17 TO EXCLUDE EXPERT TESTIMONY OF PAUL GOMPERS** |
| | Date: July 19, 2016 Time: 9:00 a.m. Ctrm: 880 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE THAT** on July 19, 2016, at 9:00 a.m. or as soon thereafter as may be heard, in Courtroom 880 at the United States Courthouse located at 255 East Temple Street, Los Angeles, California 90012, in the courtroom of the Honorable Philip S. Gutierrez, Lead Plaintiff and Class Representative Connecticut Retirement Plans and Trust Funds ("Plaintiff") will and hereby does move this Court for an order to preclude the testimony of Paul Gompers pursuant to Fed. R. Evid. 702.

     Plaintiff's Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Lou Gottlieb and exhibits thereto, and on other and further oral and documentary evidence and argument of counsel as may be present at the hearing on this matter.

     This Motion is made following the conferences of counsel pursuant to L.R. 7-3, which took place on May 27 and June 1, 2016.

Dated:    June 3, 2016

**LABATON SUCHAROW LLP**
By: /s/ Thomas A. Dubbs
       Thomas A. Dubbs
James W. Johnson
Christopher J. McDonald
Louis Gottlieb
Richard T. Joffe

*Attorneys for Lead Plaintiff Connecticut Retirement Plans and Trust Funds and Counsel for the Class*

— and —

**KREINDLER & KREINDLER LLP**
Gretchen M. Nelson (#112566)
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*gnelson@kreindler.com*

*Local Counsel*