# Exhibit 6



**LABATON SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
*tdubbs@labaton.com*
James W. Johnson (*pro hac vice*)
*jjohnson@labaton.com*
Christopher J. McDonald (*pro hac vice*)
*cmcdonald@labaton.com*
Richard T. Joffe (*pro hac vice*)
*rjoffe@labaton.com*
140 Broadway
New York, NY 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

Attorneys for Lead Plaintiff and Class
Representative Connecticut Retirement Plans and
Trust Funds and Counsel for the Class

**KREINDLER & KREINDLER LLP**
Gretchen M. Nelson (#112566)
*gnelson@kreindler.com*
707 Wilshire Boulevard, Suite 3600
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Local Counsel for Lead Plaintiff and Class
Representative Connecticut Retirement Plans and
Trust Funds

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE AMGEN INC. SECURITIES LITIGATION | **Case No. CV 07-2536 PSG (PLAx)** |
| | **Honorable Philip S. Gutierrez** |
| | **DECLARATION OF GRETCHEN M. NELSON FILED ON BEHALF OF KREINDLER & KREINDLER LLP AND NELSON & FRAENKEL LLP IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES** |
| | **Date:  October 25, 2016** <br> **Time:  1:30 p.m.** <br> **Courtroom: 880** |

1        I Gretchen M. Nelson, declare as follows pursuant to 28 U.S.C. § 1746:

2        1.     From the inception of this litigation until 2015, I was a member of

3 the law firm of Kreindler & Kreindler LLP, and thereafter remained associated

4 with that firm as "Of Counsel."  I am also a member of Nelson & Fraenkel LLP

5 which was formed in 2015.  I submit this declaration in support of Class

6 Counsel's motion for an award of attorneys' fees and payment of expenses in the

7 above-captioned action (the "Action") from inception through September 9, 2016

8 (the "Time Period").

9        2.     Through my firms, Kreindler & Kreindler LLP and Nelson &

10 Fraenkel LLP, we have assisted the prosecution of this case from inception

11 through to the present.  Throughout this case, I have worked on behalf of my firms

12 as local counsel providing assistance to Class Counsel in a variety of areas

13 including attending hearings, preparing briefing and filings, advising on issues

14 relating to this Court's procedures and requirements, and assisting in trial analysis

15 and preparation.

16        3.     The information in this declaration regarding the firms' time and

17 expenses is taken from time and expense printouts prepared and maintained by the

18 firms in the ordinary course of business.  These printouts (and backup

19 documentation where necessary or appropriate) were reviewed and I have

20 confirmed that the time reflected in the firms' lodestar calculation and the

21 expenses for which payment is sought are reasonable in amount and were

22 necessary for the effective and efficient prosecution and resolution of the Action.

23 In addition, I believe that the expenses are all of a type that would normally be

24 charged to a fee-paying client in the private legal marketplace.

25        4.     The schedule attached hereto as Exhibit A is a summary indicating

26 the amount of time spent by each attorney and professional support staff of my

27 firm who was involved in the prosecution of the Action, and the lodestar

28

1   calculation based on the firms' current billing rates.  For personnel who are no

2   longer employed by my firm, the lodestar calculation is based upon the billing

3   rates for such personnel in his or her final year of employment by my firm.  The

4   schedule was prepared from contemporaneous daily time records regularly

5   prepared and maintained by my firm, which are available at the request of the

6   Court.  Time expended in preparing this application for fees and payment of

7   expenses has not been included in this request.

8        5.    The hourly rates for the attorneys and professional support staff in

9   my firm included in Exhibit A are the same as my firm's regular rates charged for

10  their services, which have been accepted in other securities or shareholder or

11  class litigations.

12       6.    The total number of hours expended on this litigation by my firm

13  during the Time Period is 175.5 hours.  The total lodestar for my firm for those

14  hours is $130,795.00.

15       7.    My firm's lodestar figures are based upon the firm's billing rates,

16  which rates do not include charges for expense items.  Expense items are billed

17  separately and such charges are not duplicated in my firm's billing rates.

18       8.    As detailed in Exhibit B, my firm has incurred a total of $20,876.20

19  in expenses in connection with the prosecution of the Action.  The expenses are

20  reflected on the books and records of my firm.  These books and records are

21  prepared from expense vouchers, check records and other source materials and are

22  an accurate record of the expenses incurred.

23       9.    With respect to the standing of my firms, attached hereto as Exhibit

24  C is a brief biography of my work and my partner Stuart Fraenkel as well as an

25  overview of Kreindler & Kreindler LLP.

26

27

28

1        I declare under penalty of perjury under the laws of the United States that

2    the foregoing is true and correct.

3        Executed this 19th day of September, 2016.

Gretchen M. Nelson

# Exhibit A

# EXHIBIT A

### *In re Amgen Inc. Sec. Litig.*
### CV 07-2536 PSG (PLAx) (C.D. Cal. )

### LODESTAR REPORT

FIRM:   Kreindler & Kreindler LLP $7
REPORTING PERIOD:  INCEPTION THROUGH SEPTEMBER 9, 2016

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Gretchen Nelson | P | $850.00 | 127.40 | $108,290.00 |
| Gabriel Barenfeld | P | $550.00 | 4.00 | $2,200.00 |
| Mark Labaton | P | $550.00 | 30.10 | $16,555.00 |
| Andrew Ciganek | A | $350.00 | 7.00 | $2,450.00 |
| Nicole Andersen | A | $350.00 | 1.00 | $350.00 |
| Jacob Mensch | A | $250.00 | .50 | $125.00 |
| Michael Levin | PL | $150.00 | 5.50 | $825.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | **175.5** | **$130,795.00** |

| | | | |
|---|---|---|---|
| Partner | (P) | Paralegal | (PL) |
| Of Counsel | (OC) | Investigator | (I) |
| Associate | (A) | Research Analyst | (RA) |
| Staff Attorney | (SA) | | |

**Exhibit B**

# EXHIBIT B

### *In re Amgen Inc. Sec. Litig.*
### CV 07-2536 PSG (PLAx) (C.D. Cal. )

### EXPENSE REPORT

FIRM:  Kreindler & Kreindler LLP and Nelson & Fraenkel LLP
REPORTING PERIOD:  INCEPTION THROUGH SEPTEMBER 9, 2016

| EXPENSE | TOTAL AMOUNT |
|---|---|
| Duplicating | $7,716.48 |
| Postage | $176.65 |
| Long-distance Telephone / Fax / Conference Calls | $37.30 |
| Messengers | $574.57 |
| Filing / Service / Witness Fees | $10,444.20 |
| Court Hearing & Deposition Transcripts | $506.58 |
| Online Legal and Financial Research | $503.32 |
| Overnight Delivery Services | $527.91 |
| Work-Related Transportation/Meals/Lodging | $389.19 |
| **TOTAL** | **$20,876.20** |

Exhibit C



### Gretchen M. Nelson

Gretchen M. Nelson is a 1983 graduate of Georgetown University Law School. She received her B.A. degree from Smith College in 1976. She was admitted to the State Bar of California in January 1984, and is a Past President of the Los Angeles County Bar Association and a past Chair of the Litigation Section of that association. She is a member of the Board of Governors of the Consumer Attorneys of Los Angeles. Following law school, she practiced for several years with the law firm of Morgan, Wenzel & McNicholas in Los Angeles, California. While an associate with that firm, she was involved in a broad range of litigation matters, including business and commercial litigation, personal injury and insurance bad faith cases, representing both the prosecution and defense.

In August 1988, she joined the law firm of Corinblit & Seltzer, a Professional Corporation, where she concentrated her practice in the prosecution of complex business litigation, with a strong emphasis on antitrust and securities class action cases. While at Corinblit & Seltzer, Ms. Nelson was counsel for plaintiffs and defendants in litigation brought in federal and state courts throughout the United States.

In February 1998, Ms. Nelson formed her own law firm where she continued to handle complex class action cases, involving securities, antitrust, employment and consumer claims as well as other litigation on behalf of individuals and small businesses. In 2003, Ms. Nelson joined the law firm of Kreindler & Kreindler LLP and, along with Stuart R. Fraenkel, opened their office in California.

In April 2015, Ms. Nelson and Mr. Fraenkel formed Nelson & Fraenkel LLP where Ms. Nelson continues to practice in the area of complex class actions, derivative actions, intellectual property, and business matters. In addition, Ms. Nelson and Mr. Fraenkel continue to provide services to Kreindler & Kreindler LLP as "of counsel" to that firm.

Ms. Nelson has lectured on class and class-related litigation issues as well as trial advocacy and evidence issues for the Consumer Attorneys Association of Los Angeles, the Association of Trial Lawyers, California's CEB Program, the Practicing Law Institute and the ABA's Tort Trial and Insurance Practice Section. She has also presented class action programs for the National Business Institute and Mealeys and has published articles in the Advocate, the Forum, the Brief and other publications on class and other issues.

A list of representative cases, among others, in which Ms. Nelson has had a substantial role during her career is set forth below.

*In re Broadcom Corp. Securities Litig.*, Master File No. SACV 01-275 GLT (MLGx) (C.D. Cal.). Ms. Nelson was local counsel for the Lead Plaintiff in these consolidated securities class actions in the United States District Court for the Central District of California, Santa Ana Division. A class settlement for $150 million was achieved after lengthy pre-trial proceedings.

*Godinez, v. Schwarzenegger, et al.*, Los Angeles Superior Court Case No. BC 227352. Ms. Nelson was one of four counsel for the plaintiffs in this public interest lawsuit filed on behalf of students and community organizations challenging the manner in which the State of California and its various agencies apportioned more than $2 billion in new school construction funds. Following extensive briefing and hearing on plaintiffs' motion for preliminary injunction, the claims were successfully settled. Issues relating to plaintiffs' counsels' fee application were appealed to the Court of Appeal and resulted in a published opinion affirming the fee award but remanding for further findings. See *Godinez v. Schwarzenegger,* 132 Cal.App.4th 73 (2005).

*In re Countrywide Financial Corp. Securities Litig.*, U.S. District Court Case No. CV-07-5295-MRP. Ms. Nelson was Liaison Counsel representing the Lead Plaintiff in consolidated securities class actions filed against Countrywide Financial Corp. and various officers and directors, underwriters and accountants arising out of the sub-prime lending practices.

*In re ATM Fee Antitrust Litigation*, U.S. District Ct. Case No. CV 04-2676 CRB (N.D. Cal.) Ms. Nelson was one of the counsel for plaintiffs in consolidated antitrust class actions challenging foreign ATM fees charged by a number of banks and other entities.

*In re Endosurgical Products Direct Purchaser Antitrust Litigation*, U.S. District Court Case No. 05-CV-8809 JVS (Mlx). Ms. Nelson was Liaison Counsel for Co-Lead Counsel in these consolidated antitrust class action cases. A class settlement valued at in excess of $20 million was achieved and is currently on appeal.

*In re Cosmetics*, California Superior Court Coordinated Proceedings No. JCCP Case No. 4056. Ms. Nelson was one of plaintiffs' counsel in coordinated class action proceedings that were litigated in the Marin County Superior Court arising out of antitrust claims asserted by a class of direct purchasers against manufacturers of high-end cosmetics and retailers. A class settlement was achieved valued at in excess of $100 million.

*Grossett v. Wenaas*, California Supreme Court Case No. S139285. This is a derivative lawsuit filed in the San Diego Superior Court by a shareholder of JNI Corporation against the company's officers and directors charging them with violations of their fiduciary duties and insider trading with respect to a secondary offering. Ms. Nelson was counsel for the plaintiff along with two other firms. After lengthy and protracted proceedings, the trial court dismissed the case based on a report by a Special Litigation Committee. The company was then purchased and the stockholders were cashed out. The appellate court dismissed the appeal on the grounds that the stockholder lost standing as a result of the merger. The California Supreme Court granted plaintiff's petition for review and affirmed the finding that the sale of the company resulted in a loss of standing to a derivative plaintiff. The decision is *Grosset v. Wenaas* (2008) 42 Cal.4th 1100.

707 WILSHIRE BLVD., STE. 3600, LOS ANGELES, CA 90017    www.NFlawfirm.com    MAIN (213) 622-6469    FAX (213) 622-6019

*In re Emulex Shareholder Cases*, JCCP No. 4194.  In these coordinated shareholder derivative cases, Ms. Nelson represented plaintiffs asserting claims against the officers and directors of Emulex Corporation.  The cases were resolved in an $8 million settlement.

*In re Intermix Media, Inc. Shareholder Litigation*, Los Angeles Superior Court Case No. BC 339083.  Ms. Nelson was counsel for certain plaintiffs in three consolidated class action proceedings asserting claims against the officers and directors of Intermix Media Inc. arising out of the sale of the company and its primary asset, MySpace.com, to News Corp.  Plaintiffs alleged, among other things, that the defendants failed to maximize the value of Intermix in the sale.  Following the dismissal of the claims on demurrer, the Court of Appeal affirmed the trial court's order.

*Sanchez v. Survival Insurance Co.*, Los Angeles Superior Court Case No. BC 225524.  Ms. Nelson was one of the attorneys representing plaintiffs in a wage and hour case brought against an insurance broker.  Following the issuance of an extensive order certifying the class, the claims were settled for in excess of $600,000.

*Canning v. Music Express*, Los Angeles Superior Court Case No. BC 227542.  Ms. Nelson was one of the attorneys representing plaintiffs in a wage and hour case brought against a limousine company on behalf of its drivers.  The court certified the class and thereafter a $2.2 million settlement was achieved and approved by the Court.

*Westways World Travel, Inc. v. AMR Corp.*, U.S. District Court Case No. 99-7689 RJT (C.D. Cal.).  Ms. Nelson was one of the counsel for plaintiffs in this class action filed on behalf of a class of travel agents against American Airlines and other defendants.  Reported decisions may be found at *Westways World Travel, Inc. v. AMR Corp.*, 182 F.Supp.2d 952 (C.D. Cal. 2001) and 218 F.R.D. 223 (C.D. Cal. 2003).  Following an appeal from the dismissal of the claims on summary judgment, the Ninth Circuit reversed in part and affirmed in part the grant of summary judgment.  In addition, Ms. Nelson was one of the counsel for plaintiffs in a related class action entitled *All World Professional Travel Services, Inc. v. American Airlines, Inc.* U.S. District Court Case No. ED CV 02-849RT (SGL).  Reported decisions in *All World* may be found at 282 F.Supp.2d 1161 (C.D. Cal. 2003).

*In re Crown Princess Listing Cases*, Master Case No. BC356095 (Los Angeles Superior Court).  While at Kreindler, Ms. Nelson was appointed to act as one of the Lead Counsel in more than 250 personal injury lawsuits filed arising out of the listing of a 3,500 passenger cruise ship in 2006.

*In re ZZZZ Best Securities Litigation*, Master File No. CV 87-3574 RSWL(Bx) (C.D. Cal.).  Corinblit & Selzer was appointed by the Los Angeles federal court as sole lead counsel to represent the plaintiff class of defrauded securities purchasers.  The ZZZZ Best fraud was described by the United States Attorney for the Central District of California as "the most massive and elaborate securities fraud perpetrated on the West Coast in over a decade."  In the consolidated class action cases, the court issued several important published rulings sustaining plaintiffs' claims.  *See, e.g., In re ZZZZ Best Securities Litigation*, 864 F.Supp. 960 (C.D. Cal.

1994); and [1990 Transfer Binder] Fed.Sec.L.Rep. (CCH) ¶95,416 (C.D. Cal. 1990). The case was settled for approximately $40 million in cash.

*In re Taxable Municipal Bond Securities Litigation*, MDL No. 863 (D. La.). Corinblit & Seltzer was among four firms selected for a leadership role in this consolidated multi-district litigation brought on behalf of defrauded securities purchasers of municipal bonds. After five years of litigation, the case was settled for approximately $110 million in cash.

*Raymark Industries, Inc. v. Stemple*, No. 88-l0l4-K (D. Kan.). Corinblit & Seltzer defended an attorney in an action brought under the RICO statute and state law for alleged fraud in connection with the settlement of a class action case. The firm was successful in obtaining an injunction restraining the prosecution of twelve related actions filed by the plaintiff in federal courts located throughout the United States. After several years of litigation, the case was settled and dismissed.

*Biben v. Card*, No. 84-0844-CV-W-6 (W.D. Mo.). Corinblit & Seltzer served as co-lead counsel for plaintiffs with Cohen Milstein Sellers & Toll in consolidated securities fraud class action cases. The plaintiffs achieved substantial pretrial victories, including establishing the sufficiency of their claims under the federal securities laws against the director, accountant and attorney defendants in that case and in defeating motions for summary judgment by the insurance carriers for certain individual defendants. The case was settled for approximately $12 million in cash.

*Sanwa Bank California v. Facciani*, No. CA001132 (L.A. Sup. Ct.) Corinblit & Seltzer was counsel (together with two other plaintiffs' firms) for a class of investors in this state court securities case and a companion federal case in which settlements totaling approximately $26 million were obtained on behalf of the investors.

*Schneider v. Traweek*, No. CV 88-0905 RG(Kx) (C.D. Cal.). While at Corinblit & Seltzer, Ms. Nelson played a primary role in prosecuting the claims of a class consisting of thousands of investors in eight limited real estate partnerships. In granting plaintiffs' motion for class certification, the court determined that "[t]he qualifications of Plaintiffs' counsel are not at issue, since the Defendants conceded at oral argument that no one questions the ability of the law firm of Corinblit & Seltzer to prosecute this action on behalf of the proposed class." *Schneider v. Traweek*, [1990 Transfer Binder] Fed.Sec.L.Rep. (CCH) ¶95,419 at 97,113 (C.D. Cal. 1990). The case was settled for in excess of $14 million. Other reported decisions in the case can be found at *Schneider v. Traweek*, [1990 Transfer Binder] Fed.Sec.L.Rep. (CCH) ¶ 95,507 (C.D. Cal. 1990).

*In re Domestic Air Transportation Antitrust Litigation*, Master File No. 1:90-cv-2485 MHS. Corinblit & Seltzer was appointed by the Atlanta federal court to serve on the Plaintiffs' Steering Committee. The litigation consisted of more than fifty consolidated antitrust class actions. The case was settled for $50 million in cash and discount travel certificates with a

4

face value of $408 million, which the Atlanta federal court valued as being worth approximately $305 million.

*Pinto v. Birr Wilson & Co., Inc.*, No. CA001058 (L.A. Co. Sup. Ct.). Corinblit & Seltzer were sole counsel for a class of municipal bondholders who had been allegedly defrauded. Ms. Nelson was one of the primary attorneys responsible for prosecuting the case. The case was settled for approximately $1.4 million in cash.

*Slaven, et al. v. BP America, Inc., et al.*, No. CV-90-0705 RJK(JRx) (C.D. Cal.). Ms. Nelson and four other firms prosecuted claims on behalf of a class of businesses who suffered economic losses as a result of a massive oil spill off the coast of Huntington Beach that occurred in 1990. Reported decisions in the case appear at *Slaven v. American Trading & Transp.Co.*, 146 F.3d 1066 (9th Cir. 1998); *Holifield v. BP America, Inc.*, 973 F.2d 1468 (9th Cir. 1992); *Slaven v. BP America, Inc.*, 190 F.R.D. 649 (C.D. Cal. 2000); *Slaven v. BP America, Inc.*, 958 F.Supp. 1472 (C.D. Cal. 1997); *Holifield v. BP America, Inc.*, 786 F.Supp. 853 (C.D.Cal. 1992); *Holifield v. BP America, Inc.*, 786 F.Supp. 840 (C.D. Cal. 1991). The case was settled for in excess of $6 million.

*In re Brand Name Prescription Drugs Antitrust Litig.*, MDL 997 (E.D. Ill.). This was an antitrust class action against the manufacturers and wholesalers of brand name prescription drugs. Ms. Nelson was one of plaintiffs' counsel in obtaining certification of a class of pharmacies, settling the claims of the class members against certain of the defendants and pursuing remaining claims to trial. Reported decisions are found at *In re Brand Name Prescription Drugs Antitrust Litig.*, 186 F.3d 781 (7th Cir. 1999); 123 F.3d 599 (7th Cir. 1998); 115 F.3d 456 (7th Cir. 1997). The case resulted in settlements of over $700 million for a class of independent pharmacies.

*Porter v. City of Los Angeles*, Los Angeles Superior Court Case No. BC119914. While with Corinblit & Seltzer and thereafter, Ms. Nelson was one of three attorneys who prosecuted a class action on behalf of tenants of a building demolished by the City of Los Angeles asserting claims for inverse condemnation and negligence. The claims were settled following class certification and shortly prior to trial for in approximately $4 million.

*In re Compact Disc Antitrust Litigation*, MDL 1216 (C.D. Cal.). Ms. Nelson was one of plaintiffs' counsel involved in the prosecution of antitrust claims against recorded music distribution companies charging the defendants with price fixing compact discs. Settlements for in excess of $50 million were obtained in the case.

*In re Amgen Inc. Securities Litigation*, U.S. District Court Case No. CV 07-2536 PSG (PLAx). Ms. Nelson was Local Counsel representing the Lead Plaintiff in onsolidated securities class actions filed against Amgen Inc. arising out of allegations that defendant engaged in off-label marketing and falsely represented the long-term growth prospects of certain pharmaceutical drugs. The district court certified the class and the decision was affirmed by the Ninth Circuit Court of Appeals. *Connecticut Retirement Plans and Trust Funds v. Amgen Inc.*, 660 F.3d 1170 (9th Cir. 2011). The U.S. Supreme Court granted

*certiorari* and affirmed the Ninth Circuit in *Amgen Inc. v. Connecticut Retirement Plans & Trust Funds* __ U.S. __, 133 S.Ct. 1184 (2013).

*Steele v. Rambus, Inc. et al.*, Santa Clara Superior Court Case No. 1-08-CV-113682. Ms. Nelson represented a group of investors who opted out of a prior securities class action alleging that the defendants engaged in a long-term fraudulent scheme of backdating stock option grants to certain officers, directors and employees by failing to properly account for the option grants. A confidential settlement was achieved.

*In re TD Ameritrade Account Holder Litigation*, Master File No. C-07-2852 VRW (U.S.D.C., N.D. Cal.). Following the denial of final approval of a class action settlement in this case arising out of a security data breach, Ms. Nelson was asked to step into the case to represent the class. A class settlement was achieved providing for up to $5 million in cash benefits for the payment of class claims. The settlement was granted final approval in August 2011.

*In re Toyota Unintended Acceleration Marketing, Sales Practices & Products Liability Litigation*, MDL Case No.10ML 02151 JVS (FMOx). Ms. Nelson was one of Plaintiffs' counsel on the initial class action filed against Toyota regarding unintended acceleration. Following the consolidation of the cases by the Judicial Panel on Multi-District Litigation, she was appointed Co-Liaison counsel to State and Federal Cases. Ultimately the economic loss class action cases were settled for $1 billion.

*Archer v. United Rentals, Inc.* Los Angeles Superior Court Case No. BC296139. Ms. Nelson was one of two counsel representing plaintiffs in a complex class action involving privacy violations. The case was filed in 2003 and was heavily litigated in the trial and appellate courts until a settlement was achieved and approved in 2015. Numerous appeals and writs were filed and ultimately resulted in a published opinion at *Archer v. United Rentals, Inc.* (2011) 195 Cal.App.4th 807.

*Kaewsawang v. Sara Lee Fresh, Inc.*, Los Angeles Superior Court Case No. BC360109. Ms. Nelson was brought in to prosecute alternative antitrust claims in this class action involving distributors of baked goods. After the granting of a demurrer on Cartwright Act claims, MNs. Nelson successful obtained review on a writ of the issues and obtained an unpublished opinion from the California Court of Appeal, Second Appellate District, at *Kaewsawang v. Sara Lee Fresh, Inc.* (2012) 2012 WL 1548290. The case remains pending in the trial court.

*Orthopedic Systems, Inc. v. Schlein,* Alameda Superior Court Case No. RG-05-210781. Ms. Nelson represented a physician in a contract dispute arising out of the licensing of a medical device. When the licensing company stopped paying royalties and sued for declaratory relief, Ms. Nelson counter-sued on behalf of the physician. In 2008, she tried the issues in a three-week jury trial. Ms. Nelson achieved a significant victory on behalf of her client and thereafter was primary counsel on the appeal and cross-appeal. The appellate court issued its published opinion in 2012 which resulted in a significant $4 million outcome for her client. *Orthopedic Systems, Inc. v. Schlein* (2012) 202 Cal.App.4th 529.



### STUART R. FRAENKEL

Stuart R. Fraenkel is one of the founding partners of Nelson & Fraenkel LLP. Mr. Fraenkel has been listed in The Best Lawyers in America, California Super Lawyers, National Association of Trial Lawyer Top 100, and is a Martindale-Hubbell Peer Review AV rated attorney, signifying that he has reached the height of professional excellence and is recognized for the highest levels of skill and integrity.

Mr. Fraenkel has a broad range of experience in civil litigation, including aviation, products liability, automobile, trucking, crashworthiness, personal injury, wrongful death, insurance, insurance bad faith, admiralty/maritime, premises, business litigation and entertainment. His litigation experience has involved matters throughout the United States (including Alaska and Hawaii), Asia, Canada, Central America, Europe, Mexico, the Middle East and South America. Mr. Fraenkel is well versed in national and international conflicts and choice of law issues.

Mr. Fraenkel has handled numerous high profile personal injury and wrongful death cases throughout his career with notable results. The injury cases have encompassed significant burn injuries, brain injuries, paraplegia, quadriplegia, orthopedic injuries, nerve damage, significant psychological and other emotional distress injuries, etc. Mr. Fraenkel is well versed in State and Federal Tort claims procedures and requirements. He has also been trial counsel in aviation, automobile, insurance bad faith, and premises liability trials and binding arbitrations.

Mr. Fraenkel has litigated numerous international and domestic airline, commuter, military and general aviation crash cases. Some of the commercial airlines crashes and incidents he has litigated include:
Southwest Airlines, Flight 2294, Sacramento, CA
Alaska Airlines, Flight 536, Seattle, Washington
Alaska Airlines, Flight 338, Long Beach, California;
China Air, Flight 611, Over the Straits of Taiwan;
Singapore Airlines Flight SQ006, Taipei, Taiwan;
Silk Air Flight MI 185, Palembang, Indonesia;
China Air CI 642, Hong Kong, China;
KAL Flight 801, Agana, Guam;
Gulf Air Flight 072, Bahrain;
TAESA Flight 725, Michoacan, Mexico;
Korean Air, Pohang, Korea;
Faucett Airlines, Arequipa, Peru;
Aero Peru, Ancon, Peru; and
Millon Air, Manta, Ecuador

He was a member of the Plaintiffs' Steering Committee on the China Airlines, Singapore Airlines and Korean Airlines cases. Mr. Fraenkel was also one of the lead counsel in the other matters.

Mr. Fraenkel has also handled numerous general and commercial aviation cases involving Airbus, Boeing, McDonnell Douglas, Aero Vodochody, Aerospatiale, Beech Cessna, Citabria, Gulfstream, Marchetti, Mitsubishi, Pilatus, Piper, Westwind, and various experimental fixed wing airplanes, and Augusta-Westland, Bell, Eurocopter, and Robinson helicopters. The military accidents have involved Sikorsky CH-53 Super Stallion, EH-101 Merlin, McDonnell Douglas F/A 18 Hornet, Agusta Westland EH 101 Merlin, and UH-1N Huey aircraft.

In the area of insurance bad faith, Mr. Fraenkel has litigated numerous first party bad faith actions in cases arising out of the failure of insurance companies to defend and/or indemnify its insured, low-balling, fire loss, etc. Mr. Fraenkel litigated numerous cases arising out of the Northridge Earthquake against State Farm, Allstate, Farmers, etc. He was part of the team which received the landmark settlement against State Farm arising out of the Northridge Earthquake. In 2003, he was appointed plaintiffs' liaison counsel for hundreds of statutory bad faith cases arising out of the Northridge Earthquake before the Honorable Charles W. McCoy. Mr. Fraenkel has also handled California Insurance Code §11580 direct actions.

Mr. Fraenkel received his undergraduate degree from Embry Riddle Aeronautical University in 1989 where he was an active member of the Sigma Chi Fraternity and was awarded the Balfour award for being a distinguished senior. During his tenure at Embry Riddle, Mr. Fraenkel also worked as a legal assistant at the Volusia County Office of the State Attorney of Florida.

Mr. Fraenkel received his doctorate of jurisprudence from Southwestern University School of Law in 1994. During his tenure at Southwestern, Mr. Fraenkel was elected the President of the Phi Delta Phi Honors Law Fraternity and was the President and Founder of the Aviation and Space Law Society. He also spent a semester in Paris, France with Tulane University School of Law studying comparative law, with an emphasis on French Civil law and European Union law.

Mr. Fraenkel is also a graduate of one of the National Transportation Safety Board's (NTSB) Aviation Accident Investigation courses.

Mr. Fraenkel is admitted to and/or practiced the bars of the Supreme Court of California, the United States District Court for the Eastern, Central, Southern and Northern Districts of California, the United States District Court for the Southern District of New York, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

He has also appeared pro hac vice in numerous courts throughout the United States, has authored and argued appellate matters in the California Court of Appeals and briefed appellate matters in the United States Court of Appeals for the Ninth Circuit.

Mr. Fraenkel is a member of the Los Angeles County Bar Association (LACBA), where he served on the Barristers Executive Committee, was the Barristers Secretary, and was a committee member on the Community Outreach, Continuing Legal Education, Children's Rights, Bench and Bar and Networking committees. Mr. Fraenkel has participated in numerous Los Angeles County "Law Day" programs and was the Chair of the program in 1999. He has also served as a Judge for the Annual Western Regional Finals Moot Court Competition. Mr. Fraenkel was appointed to and served as a Trustee on the Los Angeles County Bar Association's Board of Trustees, was a Board Member for the Los Angeles County Foundation and was a

Delegate for the Los Angeles County Bar Association Conference of Delegates. He has served as the Chair for the Lawyer Referral and Information Services, is a member of the Access to Justice committee, and acted as a Mentor for the LACBA Mentor/Mentee program. Mr. Fraenkel also serves on the Editorial Board for the Los Angeles Lawyer Magazine.

Mr. Fraenkel is a member of the American Association for Justice (AAJ) (formerly ATLA) where he was elected to and served as the Secretary/Treasurer, Vice Chair, Chair-Elect and Chair for the Aviation Section and has been actively involved in coordinating the section's annual educational programs. Mr. Fraenkel was also appointed to the AAJ Aviation Legislation Task Force and has served as the California State Delegate. He also serves on the International Relations and Public Relations Committees.

Mr. Fraenkel is a member of the American Bar Association's (ABA) Litigation, Tort Trial and Insurance Practice (TIPS), and Air and Space Law sections. He has served as the Co-Chair for the TIPS Aviation and Space Law annual programs. Mr. Fraenkel has served as the Vice-Chair for the TIPS Trial Techniques committee and Vice-Chair/Membership Coordinator for the TIPS Aviation and Space Law committee.

Mr. Fraenkel is also a member of the Consumer Attorneys Association of Los Angeles (CAALA), the Consumer Association of California (CAOC), and the Public Justice Foundation (PJF)(formerly TLPJ). He is a member of the CAALA Board of Governors. He was a recipient of the CAALA Presidential Award in 2011.

Mr. Fraenkel is a frequent lecturer, having spoken at seminars, functions and educational programs at: AAJ/ATLA CLE events, ABA CLE events, Lorman CLE events, NBI CLE events, a Pacific Northwest Aviation and Insurance CLE event, a Lawyer Pilot Bar Association CLE event, a Southern Methodist University School of Law CLE event, University of California School of Law educational programs, Loyola University School of Law event, numerous FAA safety programs, the Osh Kosh Annual Airshow, the Los Angeles Police Department Aviation Division safety seminar, ALAANZ Conferences in Sydney, Australia CLE events, Experimental Aircraft Association (EAA) events, the AOPA EXPO Annual Convention in San Jose, and Orange County Pilot's Association events.

He is also used as an aviation source by numerous media companies worldwide and has been quoted in various publications on numerous occasions. An article featuring Mr. Fraenkel was written for the Cessna Pilot's Association magazine and another one was found in an ABA TIPS publication. Mr. Fraenkel was also featured as an aviation law expert on a special NBC segment on Hawaiian Air Tour Safety.

Aviation Accident Lawyer | Airplane Crash Lawyers | New York Helicopter Accident Law Firm



IN THE NEWS: The Zadroga Reauthorization Act

OVER 50 YEARS EXPERIENCE WITH PERSONAL INJURY CLAIMS

# National Wrongful Death and Serious Injury Law Firm

## Outstanding Trial Skills in an International Litigation Practice

Based in New York City with additional offices in Boston and Los Angeles, the trial attorneys of Kreindler & Kreindler LLP provide clients outstanding service in catastrophic personal injury, wrongful death and other complex cases.

## Leading Aviation Attorneys

Kreindler is one of the largest and most distinguished aviation accident law firms in the world. In aviation disaster cases, we represent only victims and their families. We authored and continue to edit and update the field's leading professional treatise, Aviation Accident Law (Lexis/Nexis Matthew Bender). Kreindler attorneys have served in leadership positions in most major aviation accident cases.

Kreindler's trial attorneys in airline and helicopter crash cases include commercially licensed airplane and helicopter pilots and trained accident investigators. Kreindler & Kreindler's clients benefit from the technical experience and advanced litigation skills that we bring to bear in cases ranging from small airplane and helicopter crashes to domestic and international airline disasters.

## Leading Maritime Attorneys

Kreindler & Kreindler LLP has represented hundreds of seamen and their families for personal injury or wrongful death damages related to accidents on tugs, barges, tankers and other commercial vessels for more than 50 years. Our maritime practice dates back to the founding of the firm and it has never been more successful than it is to date.

## Nationwide Complex Litigation Attorneys

In addition to aviation accident cases, Kreindler lawyers represent litigation clients with significant injuries in other complex areas, including:

- Torts and Products Liability
- Maritime Claims
- Motor Vehicle Accidents
- Medical Products Liability
- Construction Site Accidents

Kreindler & Kreindler is committed to consumer safety. One of our Boston partners is a past President of the American Association of Justice, a national organization dedicated to the rights of personal injury victims and surviving families in fatal accident cases. Two New York partners serve on the Board of the New York State Trial Lawyers Association. A New York partner is the President of the International Air and Transportation Safety Bar Association.

## Focus on Our Clients' Interests

When you meet with us, we can tell you how we will focus on your needs while meeting the demands of your case. Drawing upon Kreindler's unmatched resources, we appoint a hand-picked legal team dedicated to each new client's specific interests. To learn more about our practice and how we can help, contact a Kreindler attorney.