# Exhibit 8

**LABATON SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
*tdubbs@labaton.com*
James W. Johnson (*pro hac vice*)
*jjohnson@labaton.com*
Christopher J. McDonald (*pro hac vice*)
*cmcdonald@labaton.com*
Richard T. Joffe (*pro hac vice*)
*rjoffe@labaton.com*
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Attorneys for Lead Plaintiff and Class Representative Connecticut Retirement Plans and Trust Funds and Counsel for the Class

**KREINDLER & KREINDLER LLP**
Gretchen M. Nelson (#112566)
*gnelson@kreindler.com*
707 Wilshire Boulevard, Suite 3600
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Local Counsel for Lead Plaintiff and Class Representative Connecticut Retirement Plans and Trust Funds

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

IN RE AMGEN INC. SECURITIES LITIGATION

**Case No. CV 07-2536 PSG (PLAx)**

**Honorable Philip S. Gutierrez**

DECLARATION OF MICHAEL SWARTZ FILED ON BEHALF OF McKOOL SMITH HENNIGAN IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

**Date: October 25, 2016**
**Time: 1:30 p.m.**
**Courtroom: 880**

Michael Swartz, Esq., declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a Principal in the law firm of McKool Smith Hennigan, P.C. I submit this declaration in support of Class Counsel's motion for an award of attorneys' fees and payment of expenses in the above-captioned action (the "Action") from inception through September 9, 2016 (the "Time Period").

2. My firm prepared for and presented the oral argument in the Ninth Circuit that resulted in the affirmance of the order certifying the class in this matter. My firm also assisted in other matters in the Action and worked at the direction of Class Counsel.

3. The information in this declaration regarding the firm's time and expenses is taken from time and expense printouts prepared and maintained by the firm in the ordinary course of business. These printouts (and backup documentation where necessary or appropriate) were reviewed and as a result of these reviews, reductions were made to both time and expenses either in the exercise of "billing judgment" regarding certain expenses such as charges for meals and scanning. As a result of these reviews and adjustments, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Action. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4. The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney of my firm who was involved in the prosecution of the Action, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from

contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and payment of expenses has not been included in this request.

5. The hourly rates for the attorneys in my firm included in Exhibit A are the same as my firm's regular rates charged for their services.

6. The total number of hours expended on this litigation by my firm during the Time Period is 331.50 hours. The total lodestar for my firm for those hours is $358,312.00.

7. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expenses items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

8. As detailed in Exhibit B, my firm has incurred a total of $1,915.17 in expenses in connection with the prosecution of the Action. The expenses are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

9. With respect to the standing of my firm, attached hereto as Exhibit C is a brief biography of my firm as well as biographies of the firm's principals.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2016.

Michael Swartz

# Exhibit A

**EXHIBIT A**

***In re Amgen Inc. Sec. Litig.***
**CV 07-2536 PSG (PLAx) (C.D. Cal. )**

**LODESTAR REPORT**

FIRM: McKool Smith Hennigan, P.C.
REPORTING PERIOD: INCEPTION THROUGH SETTLEMENT

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| J. Michael Hennigan | P | $1,200.00 | 207.10 | $248,520.00 |
| Bruce R. MacLeod | P | $905.00 | 44.70 | $40,453.50 |
| Michael Swartz | P | $870.00 | 79.70 | $69,339.00 |
| **TOTAL** | | | **331.50** | **$358,312.50** |

Principal (P)

# Exhibit B

**EXHIBIT B**

***In re Amgen Inc. Sec. Litig.***
**CV 07-2536 PSG (PLAx) (C.D. Cal. )**

**EXPENSE REPORT**

FIRM: McKool Smith Hennigan, P.C.
REPORTING PERIOD: INCEPTION THROUGH SETTLEMENT

| EXPENSE | TOTAL AMOUNT |
|---|---|
| Duplicating | $226.10 |
| Messengers | $101.16 |
| Online Legal and Financial Research | $1,587.91 |
| **TOTAL** | **$1,915.17** |

# Exhibit C



hennigan@mckoolsmithhennigan.com

## J. Michael Hennigan

*Principal*
Los Angeles Office

One California Plaza
300 South Grand Ave, Suite 2900
Los Angeles, CA 90071
TEL: 213.694.1002 FAX: 213.694.1234

### Education

J.D., with distinction, University of Arizona College of Law, 1970

B.A., History, University of Arizona, 1966

### Court Admissions

State of California

State of Arizona

### Bar Associations

American Bar Association, Sections on Antitrust Law and Litigation

Los Angeles County Bar Association

J. Michael Hennigan is a founding Principal of McKool Smith Hennigan. Mr. Hennigan specializes in the litigation and trial of complex commercial cases, and has been lead counsel in more than 45 major jury trials in state and federal court. As lead trial counsel for plaintiffs, Mr. Hennigan has litigated judgments and settlements of more than $8 billion for his clients.

Mr. Hennigan is a Fellow of the American College of Trial Lawyers, and has been consistently identified in prominent legal publications as one of the country's top trial lawyers, including *Chambers USA*, *Chambers Global*, *Who's Who in American Law,* and *The Best Lawyers in America*. *Chambers USA* ranks him among the top litigators in California and the country, describing him as "the complete package" who is "highly regarded by many sources for his business litigation prowess." The publication also notes that he is a "classic trial lawyer" who is able to "see very well which elements will resonate and use the arguments to good effect."

Before entering private practice, Mr. Hennigan was a trial attorney with the Antitrust Division of the United States Department of Justice, and was a lecturer in research and writing at the University of Arizona College of Law in 1973.

## Representative Matters

- ***Parmalat Litigation.*** Mr. Hennigan pursued claims against Bank of America on behalf of institutional investors Prudential, Allstate, Aegon, Principal and John Hancock, who had collectively sustained hundreds of millions of dollars in losses arising out of their purchases of Parmalat-backed securities in private placements

agented by Bank of America. The cases, alleging violations of state blue sky laws and federal securities statutes, were settled on confidential terms.

- ***Sempra Litigation.*** Mr. Hennigan represented Sempra Generation in connection with a series of challenges brought by the California Department of Water Resources to the multi-billion dollar long-term energy contract between Sempra and the Department executed in the wake of the California energy crisis of 2000-2001. In 2009, his team successfully defended Sempra in a jury trial in which the Department sought rescission of the multi-billion dollar energy contract. Following the four week trial in San Diego Superior Court, the jury ruled in favor of Sempra on all claims. In two prior AAA arbitrations, Mr. Hennigan's team defeated the Department's efforts to rescind the energy contract. In the first arbitration, the panel ruled in Sempra's favor on most claims and awarded a fraction of the damages the Department had sought. In the second arbitration, which concerned energy deliveries from Sempra's power plant near Mexicali, Mexico, the panel rejected the Department's claims "in their entirety." In separate litigation related to the contract, the firm obtained for Sempra Energy an arbitration award rejecting Occidental's claim for damages for Sempra's alleged breach of a partnership agreement.
- ***Enron Litigation.*** Mr. Hennigan and his team of securities fraud litigators pursued claims against a number of Enron's relationship banks on behalf of institutional investors Aegon, Principal, AIG, PIMCO and Oaktree for nearly $1 billion in net principal losses arising out of their purchases of Enron-backed securities issued by special purpose entities in private placements, as well as Enron-related securities purchased in the open market. The cases, alleging violations of state blue sky laws and federal securities statutes, were settled on confidential terms.
- ***Oaktree Capital Management and Trust Company of the West.*** Mr. Hennigan represented plaintiffs in a securities fraud action against CIBC World Markets. After a four-week trial, the jury awarded his clients the full amount of economic damages Mr. Hennigan had requested in closing arguments.
- ***Orange County.*** Mr. Hennigan and his firm represented Orange County as lead litigation counsel in lawsuits filed against Merrill Lynch, numerous other broker dealers and professionals retained by the County prior to the bankruptcy, including attorneys, accountants, and financial advisors. Settlement recoveries in these cases included the largest litigation settlement ever recorded against a law firm, one of the largest ever against Wall Street, one of the largest ever against a major accounting firm, and collectively one of the largest recoveries for a single series of interrelated suits.
- ***Rabobank v. Royal Bank of Canada.*** Mr Hennigan prosecuted fraud and other claims on behalf of Rabobank against Royal Bank of Canada, seeking to rescind in excess of $500 million in damages arising from transactions with Enron and Special

Purpose Entities sponsored by Enron and Enron employees. This matter was settled on confidential terms.

- ***GATX/Airlog Co. v. Evergreen International.*** Mr. Hennigan tried and won a unanimous jury verdict for fraud and breach of contract on behalf of Evergreen International Airlines, an international airfreight company, in connection with three passenger planes that were defectively converted to cargo configuration by GATX. The dispute involved claimed damages to Evergreen of more than $150 million. Following the verdict we settled the case on confidential terms with a substantial recovery to the client.
- ***Roman Catholic Archdiocese of Los Angeles.*** Mr. Hennigan acts as lead counsel to the Archdiocese, and has successfully settled over 500 separate cases alleging clergy misconduct.

## Professional & Community Activities

- Lawyer Representative, Ninth Circuit Judicial Conference, 1993-1997
- Board of Visitors, University of Arizona College of Law, 1976-1979; and 1990-present
- Board of Directors, University of Arizona Law College Association, 1983-1985
- Trustee, Los Angeles County Bar Association
- Chair, Executive Committee, Litigation Section, Los Angeles County Bar Association, 1998
- Chair, Litigation Section, Los Angeles County Bar Association, 1998-1999
- Fellow of the American College of Trial Lawyers
- American Board of Trial Advocates, 1992-present
- American Law Institute, 1993-present
- Judicial Council Task Force on Complex Civil Litigation

## Awards & Recognition

- Named the 2016 *Best Lawyers* real estate litigation "Lawyer of the Year" in Los Angeles,California. He also won the award in 2012.
- Ranked in *Chambers USA* as a leading national trial lawyer (Band 2) and a leading lawyer in California for Commercial Litigation (Band 1). The 2016 edition notes that he *"listens carefully and has a very positive reputation among the judges,"* and mentions that he is "*bright in trial, brings a good team, never loses his temper and understands the goal.*" Market commentators also note that *"bringing him along makes sure people know you regard the matter as important."*

- Ranked as a leading trial lawyer in the United States by *Chambers Global*.
- Ranked in the 2015 - 2017 editions of *"Best Lawyers in America"* as a leading lawyer in Litigation: Bet-the-Company, Commercial, Banking & Finance, Real Estate and Securities.
- AV Peer Review Rated by Martindale-Hubbell.
- Listed in Southern California *Super Lawyers* each year since 2004.
- Order of the Coif.
- Note and Comment Editor, Arizona Law Review, 1969-1970.
- Charles L. Strauss Award for Outstanding Student Contribution to the Arizona Law Review, 1969.
- Ralph W. Aigler Award, Outstanding Student of the Class of 1970.
- Prentiss Hall Tax Award, Outstanding Student of Tax, Class of 1970.

**News**

18 McKool Smith Principals Recognized in 2017 Edition of *"Best Lawyers in America"*
August 15, 2016

McKool Smith Top Ranked in 2016 Edition of *Chambers USA*
June 3, 2016

McKool Smith's Securities Litigation Practice Awarded by *The National Law Journal*
November 5, 2015

McKool Smith Named a 2015 "Most Feared Plaintiffs Firm" by *Law360*
October 16, 2015

Three McKool Smith Principals Named 2016 "Lawyers of the Year" by *Best Lawyers*
August 18, 2015

18 McKool Smith Principals Recognized in 2016 Edition of *"Best Lawyers in America"*
August 18, 2015

McKool Smith Top Ranked in 2015 Edition of *Chambers USA*
May 19, 2015

McKool Smith's IP Practice along with Mike McKool and J. Michael Hennigan Recognized in 2015 edition of *Chambers Global*
March 24, 2015

*Law360* Report: "BofA Pays $300M to End Fontainebleau Lender Suit"
February 25, 2015

18 McKool Smith Principals Recognized in 2015 Edition of *"Best Lawyers in America"*
August 18, 2014

McKool Smith Top Ranked in 2014 Edition of *Chambers USA*
May 23, 2014

McKool Smith Principals Recognized in the 2014 Edition of *Best Lawyers*
August 15, 2013

McKool Smith Receives High Marks in the latest edition of *Chambers USA*
May 24, 2013

*Chambers Global* recognizes Three Firm Principals as Leading U.S. Trial Lawyers
May 2013

Seven Los Angeles Principals Named *Super Lawyers* in Southern California
January 21, 2013

McKool Smith Attorneys Recognized by the *Best Lawyers in America* 2013
August 27, 2012

Four McKool Smith Attorneys Named "Lawyer of the Year" by *Best Lawyers*
October 5, 2011

14 McKool Smith Attorneys Recognized by the *Best Lawyers in America* 2012
September 13, 2011

"Sempra Wins $6.6 Billion Power Contract Dispute with State"
December 2, 2009
Los Angeles Daily Journal

"Sempra Wins in Suit Over Pact"
December 1, 2009
Sign On San Diego

"Sempra Prevails in Contract Dispute with California"
December 1, 2009
Reuters

"Sempra Didn't Breach California Power Contract, Jury Says"
December 1, 2009
Bloomberg

"Hennigan Spins Zevon Lyrics in Sempra Win"
December 1, 2009
The American Lawyer

**Press Releases**

McKool Smith Secures Settlement for Investors in D&O Suit
February 26, 2015

**Seminars & Speaking Engagements**

Mike Hennigan to Discuss How U.S. Supreme Court's Rulings May Impact Class Actions in California at Upcoming Seminar
September 13, 2012



mswartz@mckoolsmithhennigan.com

## Michael Swartz
*Principal*
Los Angeles Office

One California Plaza
300 South Grand Ave, Suite 2900
Los Angeles, CA 90071
TEL: 213.694.1068 FAX: 213.694.1234

### Education

J.D., Yale Law School, 1992

B.A., Economics and Mathematics, *summa cum laude*; M.A., Economics, Yale University, 1988, Phi Beta Kappa

### Court Admissions

State of California

Michael Swartz is a Principal in the Los Angeles office of McKool Smith Hennigan and specializes in securities and commercial litigation. In courts across the United States, he has represented various investment funds and institutional investors in pursuing securities fraud claims and in appraisal and valuation actions. In such cases, Mr. Swartz has represented Oaktree Capital, TCW, and other investment companies. He also represented the County of Orange in its securities litigation following its 1994 bankruptcy filing.

Mr. Swartz has also represented individuals and corporations in commercial litigation, including the prosecution and defense of claims for breach of contract and breach of fiduciary duty, as well as prosecution of claims for misappropriation of trade secrets. In addition, Mr. Swartz has represented debtors and creditors in a wide array of bankruptcy litigation matters, including fraudulent transfer disputes and objections to confirmation of plans of reorganization.

### Professional & Community Activities

- Law Clerk for Hon. Stephen V. Wilson, District Judge for the United States District Court for the Central District of California, 1993-1994
- Former Co-Chair, Jewish Federation of L.A. Couples Project
- Past President, Yale Law School Alumni Association of Southern California

### Awards & Recognition

- AV Peer Review Rated

- *Southern California Super Lawyers* 2006-2016
- Member, Yale Law Journal

**News**

*Law360* Interviews Michael Swartz on Securities Litigation
March 26, 2013
*Law360*

Seven Los Angeles Principals Named *Super Lawyers* in Southern California
January 21, 2013

**Articles**

- "Loss Causation: Dealing with Dura During the Market Downturn"
  March 1, 2009
  Bloomberg, Law Reports, Risk & Compliance
- It's All in the Details
  August 13, 2008
  Los Angeles Daily Journal



bmacleod@mckoolsmithhennigan.com

# Bruce R. MacLeod

*Principal*
Silicon Valley Office

255 Shoreline Drive
Suite 510
Redwood Shores, CA 94065
TEL: 650.394.1386 FAX: 650.394.1422

### Education

J.D., *cum laude*, University of Chicago Law School, 1973

B.S., Finance, University of Missouri, Columbia, 1970

### Court Admissions

State of California

Bruce MacLeod is a Principal in the Silicon Valley office of McKool Smith Hennigan. For 38 years, Mr. MacLeod has handled a wide variety of complex litigation in diverse subject areas such as securities, minority shareholders rights, antitrust, unfair competition, environmental contamination of groundwater, the credit reporting industry, medical staff privileges, construction, breach of contract, employment discrimination, ERISA, franchise disputes, and personal injury. In the last 15 years, Mr. MacLeod has most frequently represented buy-side clients (including municipal, life insurance, mutual fund, and hedge fund investors) as plaintiffs in litigation to recover losses resulting from major securities frauds.

## Representative Matters

- **Orange County**. Represented Orange County against Merrill Lynch and various government-sponsored entities (Fannie Mae, Sallie Mae, and the Federal Home Loan Banks) to recover securities losses that caused the 1994 bankruptcy of Orange County.

- **Oaktree and Farallon**. Represented two hedge funds against Gleacher NatWest to recover losses in the securities of a failed steel plant in Thailand;

- **Principal, Aegon, AIG, PIMCO and Oaktree**. Represented life insurers and investment funds in multiple actions against Wall Street investment banks to recover losses in securities issued by Enron and Enron-related special purpose vehicles.

- **Principal, Aegon, Allstate, Prudential and John Hancock**. Represented life insurers against Bank of America in multiple actions to recover losses in private placements of securities sponsored and guaranteed by Parmalat S.p.A.

- **Portfolio Mismanagement Cases**. Represented diverse investors (such as a Taft-Hartley pension fund, a non-profit hospital, and individuals) to recover securities losses against investment advisors/brokers for churning and other forms of portfolio mismanagement.
- **Robert Johnson M.D.** — Trial of an age discrimination case on behalf of an 80-year-old chief medical officer of a California prison. The one-month trial resulted in a verdict which is one the largest age discrimination and emotional distress verdict in history on behalf of a single individual, and also on behalf of the oldest plaintiff known to have obtained a verdict for age discrimination.
- **Hearst Corporation, San Francisco Examiner, San Francisco Chronicle, and San Francisco Newspaper Printing Company.** Antitrust trial defending participants in the San Francisco Newspaper Joint Operating Agreement in the first case tried under the Newspaper Preservation Act. The three-month trial resulted in a defense verdict.
- **Butler v. Galli Homes, Inc**. Defense of an architecture firm in the trial of a construction defect case involving water infiltration throughout a residential development. The three-month trial resulted in a directed verdict for Mr. MacLeod's client.
- **Robert Mondavi**. Three-month trial on behalf of minority shareholder Robert Mondavi resulting in the court-ordered involuntarily dissolution of the Charles Krug Winery for persistent fraud, mismanagement, and abuse of authority by the majority shareholders. The case and Mr. MacLeod's role was chronicled in Julia Flynn's 2007 book, The House of Mondavi.

## Awards & Recognition

- AV Peer Review Rated
- Southern California Super Lawyers, 2011
- Order of the Coif