# Exhibit 9

1  **LABATON SUCHAROW LLP**
   Thomas A. Dubbs (*pro hac vice*)
2  *tdubbs@labaton.com*
   James W. Johnson (*pro hac vice*)
3  *jjohnson@labaton.com*
   Christopher J. McDonald (*pro hac vice*)
4  *cmcdonald@labaton.com*
   Richard T. Joffe (*pro hac vice*)
5  *rjoffe@labaton.com*
   140 Broadway
6  New York, NY 10005
   Telephone: (212) 907-0700
7  Facsimile:  (212) 818-0477

8  Attorneys for Lead Plaintiff and Class
   Representative Connecticut Retirement Plans and
9  Trust Funds and Counsel for the Class

10 **KREINDLER & KREINDLER LLP**
   Gretchen M. Nelson (#112566)
11 *gnelson@kreindler.com*
   707 Wilshire Boulevard, Suite 3600
12 Los Angeles, California 90017
   Telephone: (213) 622-6469
13 Facsimile: (213) 622-6019

14 Local Counsel for Lead Plaintiff and Class
   Representative Connecticut Retirement Plans and
15 Trust Funds

16             **UNITED STATES DISTRICT COURT**

17            **CENTRAL DISTRICT OF CALIFORNIA**

18                    **WESTERN DIVISION**

19                                           **Case No. CV 07-2536 PSG (PLAx)**

20 IN RE AMGEN INC.                          **Honorable Philip S. Gutierrez**
   SECURITIES LITIGATION
21                                           DECLARATION OF NORMAN
                                             RIFKIND FILED ON BEHALF OF
22                                           LAW OFFICE OF NORMAN
                                             RIFKIND IN SUPPORT OF MOTION
23                                           FOR AWARD OF ATTORNEYS'
                                             FEES AND EXPENSES
24
                                             **Date:  October 25, 2016**
25                                           **Time:  1:30 p.m.**
                                             **Courtroom: 880**
26

27

28

1   Norman Rifkind, Esq., declares as follows pursuant to 28 U.S.C. § 1746:

2       1.      I am the principal of the Law Office of Norman Rifkind, and

3   formerly a Member of Lasky & Rifkind, Ltd, which dissolved effective September

4   1, 2015. Lasky & Rifkind, Ltd and its Members assigned to the Law Office of

5   Norman Rifkind all of its rights and entitlements to all fees and reimbursement of

6   expenses for this Action.  All of the time entries for this Action were generated by

7   members and associates of Lasky & Rifkind, Ltd, but for convenience are

8   hereafter simply referred to as "firm" or "my firm." I submit this declaration in

9   support of Class Counsel's motion for an award of attorneys' fees and payment of

10   expenses in the above-captioned action (the "Action") from inception through

11   September 9, 2016 (the "Time Period").

12       2.      My firm assisted Class Counsel with discovery efforts, and worked

13   solely and exclusively at the express direction of Class Counsel. Over 98% of the

14   time was billed in the early stages of discovery in the case, and was substantially

15   completed in early 2010.

16       3.      The information in this declaration regarding the firm's time and

17   expenses is taken from time and expense printouts prepared and maintained by the

18   firm in the ordinary course of business.  These printouts (and backup

19   documentation where necessary or appropriate) were reviewed and as a result of

20   these reviews, reductions were made to both time and expenses either in the

21   exercise of "billing judgment" or to conform to the firm's guidelines and policies

22   regarding certain expenses such as charges for airfare, hotels, meals, and

23   transportation.  As a result of these reviews and adjustments, I believe that the

24   time reflected in the firm's lodestar calculation and the expenses for which

25   payment is sought are reasonable in amount and were necessary as directed by

26   Class Counsel for the effective and efficient prosecution and resolution of the

27

28

1  Action. In addition, I believe that the expenses are all of a type that would
2  normally be charged to a fee-paying client in the private legal marketplace.

3      4.    The schedule attached hereto as Exhibit A is a summary indicating
4  the amount of time spent by each attorney of my firm who was involved in the
5  prosecution of the Action, and the lodestar calculation based on my firm's then
6  billing rates in 2009-2010. The schedule was prepared from contemporaneous
7  daily time records regularly prepared and maintained by my firm. Time expended
8  in preparing this application for fees and payment of expenses has not been
9  included in this request.

10      5.    The hourly rates for the attorneys in my firm included in Exhibit A
11  are the same as my firm's regular rates charged for their services at that time,
12  which have been accepted in other securities or shareholder litigations, as well as
13  large hourly matters at the time.

14      6.    The total number of hours expended on this litigation by my firm
15  during the Time Period is 430.25 hours. The total lodestar for my firm for those
16  hours is $188,383.75.

17      7.    My firm's lodestar figures are based upon the firm's billing rates,
18  which rates do not include charges for expenses items. Expense items are billed
19  separately and such charges are not duplicated in my firm's billing rates.

20      8.    As detailed in Exhibit B, my firm has incurred a total of $1,766.78 in
21  expenses in connection with the prosecution of the Action. The expenses are
22  reflected on the books and records of my firm. These books and records are
23  prepared from expense vouchers, check records and other source materials and are
24  an accurate record of the expenses incurred.

25      9.    With respect to the standing of my firm, attached hereto as Exhibit C
26  is a brief biography of Lasky & Rifkind, Ltd.

27

28

1         I declare under penalty of perjury that the foregoing is true and correct.

2 Executed on September 17, 2016.

3

4                                                   NORMAN RIFKIND

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

# EXHIBIT A

## *In re Amgen Inc. Sec. Litig.*
## CV 07-2536 PSG (PLAx) (C.D. Cal. )

## LODESTAR REPORT

FIRM:   LAW OFFICE NORMAN RIFKIND
REPORTING PERIOD:  INCEPTION THROUGH SEPTEMBER 9, 2016

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Leigh R Lasky | M | $895 | 52.00 | $46,540.00 |
| Marci Wilson | A | $375 | 378.25 | $141,843.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | **430.25** | **$188,383.75** |

Member        (M)
Associate     (A)

**Exhibit B**

## EXHIBIT B

### *In re Amgen Inc. Sec. Litig.*
### CV 07-2536 PSG (PLAx) (C.D. Cal. )

### EXPENSE REPORT

FIRM: LAW OFFICE NORMAN RIFKIND
REPORTING PERIOD: INCEPTION THROUGH SEPTEMBER 9, 2016

| EXPENSE | TOTAL AMOUNT |
|---|---|
| Transportation/taxis | $400.00 |
| Airfare | $1,028.40 |
| Online Legal Research | $2.40 |
| Work Related Meals | $71.25 |
| Lodging | $264.73 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | **$1,766.78** |

**Exhibit C**

# Lasky & Rifkind, Ltd.

**Lasky & Rifkind, Ltd.** is a law firm that has substantial experience in securities fraud and complex commercial litigation with an emphasis on securities class actions, shareholder and unit holder derivative suits as well as other commercial litigation. The firm has represented clients in arbitration forums and state and federal courts throughout the nation and its principals have appeared in over 30 different state and federal jurisdictions. The firm has participated in securities and derivative lawsuits where counsel have negotiated significant settlements on behalf of limited partners, unit holders, shareholders, or class members, including the following: White v. Heartland Municipal Bond Funds, U.S. District Court for the Eastern District of Wisconsin, Case No. 00-C-1388, Barry Aron v. K. Donald Menefee, et al., U.S. District Court For The District Of Columbia, Case No. 91-3185-RCL; Estate of John L. Flake v. William K. Hoskins, et al., District of Kansas, C.A. No. 98-2450; James F. Schofield, et al. v. McNeil Partners, et al., Superior Court for the State of California for the County of Los Angeles, Case No. BC 133799; Michael Calabrese and Joseph Santoro v. Richard Barbieri, Sr., Richard Barbieri, Jr., et al., U.S. District Court for the District of Connecticut, Case No. 3:92-CV-322; Jack M. Carlstrom, et al. v. Arvida/JMB Managers, Inc., et al., Circuit Court of Cook County, Case No. 96 CH 6892; Joseph A. Ganino v. Citizens Utilities Company, et al., U.S. District Court District of Connecticut, Civil Action No. 3:98CV00480; Vadim Kisinko, et al. v. STB Systems, Inc., et al., U.S. District Court Northern District of Texas Dallas Division, C.A. No. 3:99 CV-2872-M; Arvida/JMB Partners, L.P. v. Vanderbilt Income and Growth Associates, L.L.C. and Raleigh Capital Associates, L.P., Court of Chancery for the State of Delaware in and for New Castle County, C.A. No. 15238; Kenneth Flaxman v. Countrywide Home Loans, Inc., Circuit Court of Cook County, Case No. 98 CH 05947; Barry Neil Lowe v. Compuserve, Inc., Circuit Court of Cook County, Case No. 90 CH 977 ; In re Prison Realty Securities Litigation, U.S. District Court, Middle District of Tennessee, Civil Action No. 3:99-0452.

**Leigh Lasky** is a member of the firm and concentrates his practice in securities and commercial litigation and has extensive experience in connection with limited partnerships and tender offer litigation. Mr. Lasky is admitted to practice in the states of Illinois, New York, the U.S. District Court for the Northern District of Illinois including, Trial Bar, and the Southern District of New York. Mr. Lasky has argued appeals in the following appellate courts: Seventh Circuit, Illinois Appellate Court, New York Appellate Division and the Georgia Court of Appeals. Mr. Lasky received his B.A. Degree from the University of Illinois and his J.D. Degree from The John Marshall School of Law.

**Norman Rifkind** is a member of the firm, concentrating his practice in securities, commercial, and consumer fraud litigation. Mr. Rifkind is a member of the Illinois bar and is a member of the bar for the U.S. District Court, Northern District of Illinois, including Trial Bar, Central District of Illinois, and Eastern District of Michigan. Mr. Rifkind has argued appeals in the following appellate courts: Fourth Circuit, Seventh Circuit, Sixth Circuit, Eighth Circuit, Eleventh Circuit, Illinois Appellate Court, New York Appellate Division, New Mexico Supreme Court and the Nebraska Supreme Court. He has tried securities, commercial, legal malpractice, contract, civil rights and personal injury cases. Mr. Rifkind graduated from Indiana University's School of Business in 1982, majoring in finance and from Loyola University School of Law in 1985 where he was the recipient of the American Jurisprudence Awards in Evidence and Labor Law. He is the author of "Negligent Misrepresentation in Illinois: The Third Party (Non) Requirement," published at 82 Illinois Bar Journal 668 (1994).