# Exhibit 10

**LABATON SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
tdubbs@labaton.com
James W. Johnson (*pro hac vice*)
jjohnson@labaton.com
Christopher J. McDonald (*pro hac vice*)
cmcdonald@labaton.com
Richard T. Joffe (*pro hac vice*)
rjoffe@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Attorneys for Lead Plaintiff and Class Representative Connecticut Retirement Plans and Trust Funds and Counsel for the Class

**KREINDLER & KREINDLER LLP**
Gretchen M. Nelson (#112566)
gnelson@kreindler.com
707 Wilshire Boulevard, Suite 3600
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Local Counsel for Lead Plaintiff and Class Representative Connecticut Retirement Plans and Trust Funds

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE AMGEN INC. SECURITIES LITIGATION | **Case No. CV 07-2536 PSG (PLAx)**<br>**Honorable Philip S. Gutierrez**<br>DECLARATION OF SIDNEY S. LIEBESMAN, ESQ. FILED ON BEHALF OF LIEBESMAN LAW, LLC IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES<br>Date: October 25, 2016<br>Time: 1:30 p.m.<br>Courtroom: 880 |

DECLARATION OF SIDNEY S. LIEBESMAN, ESQ. IN SUPPORT OF MOTION FOR FEES AND EXPENSES
Case No. CV 07-2536 PSG (PLAx)

Sidney S. Liebesman, Esq., declares as follows pursuant to 28 U.S.C. § 1746:

1. I am founding manager and member of the law firm Liebesman Law, LLC ("Liebesman Law").[1] I submit this declaration in support of Class Counsel's motion for an award of attorneys' fees and payment of expenses in the above-captioned action (the "Action") from inception through September 9, 2016 (the "Time Period").

2. Liebesman Law assisted with the discovery efforts and legal research undertaken on behalf of the Plaintiff and putative Class during the calendar year 2009 including the review and analysis of documents produced by the Defendants and the participation in meetings with Class Counsel concerning various discovery issues, legal research and discovery strategy. At all times material hereto, Liebesman Law worked at the direction of Class Counsel.

3. The information in this declaration regarding the firm's time and expenses is taken from time and expense printouts prepared and maintained by the firm in the ordinary course of business. I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Action. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4. The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney and professional support staff of my

---

[1] On July 5, 2011, Liebesman Law was formed and became the successor-in-interest to all legal work performed under the direction of the Affiant while Affiant worked at the law firm Finger, Slanina & Liebesman, LLC. Such legal work includes all legal work performed by the firm in connection with the Action.

DECLARATION OF SIDNEY S. LIEBESMAN, ESQ. IN SUPPORT OF MOTION FOR FEES AND EXPENSES
Case No. CV 07-2536 PSG (PLAx)

firm who was involved in the prosecution of the Action, and the lodestar calculation based on the respective personnel's billing rate at the time the work was performed. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and payment of expenses has not been included in this request.

5. The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are the same as my firm's regular rates charged for their services, which have been accepted in other securities or shareholder litigations.

6. The total number of hours expended on this litigation by my firm during the Time Period is 1,351.30 hours. The total lodestar for my firm for those hours is $412,629.50.

7. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expenses items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

8. As detailed in Exhibit B, my firm has incurred a total of $8,940.50 in expenses in connection with the prosecution of the Action. The expenses are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2016.

_____
Sidney S. Liebesman, Esq.

# Exhibit A

# EXHIBIT A

*In re Amgen Inc. Sec. Litig.*
CV 07-2536 PSG (PLAx) (C.D. Cal.)

**LODESTAR REPORT**

FIRM: LIEBESMAN LAW, LLC
REPORTING PERIOD: INCEPTION THROUGH SEPTEMBER 9, 2016

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| S. Liebesman | P | $410 | 4.6 | $1,886.00 |
| E. Murbarger | A | $305 | 1346.7 | $410,743.50 |
| **TOTAL** | | | **1,351.30** | **$412,629.50** |

Partner         (P)         Paralegal     (PL)
Of Counsel      (OC)        Investigator  (I)
Associate       (A)         Research Analyst (RA)
Staff Attorney  (SA)

DECLARATION OF SIDNEY S. LIEBESMAN, ESQ. IN SUPPORT OF MOTION FOR FEES AND EXPENSES
Case No. CV 07-2536 PSG (PLAx)

# Exhibit B

# EXHIBIT B

*In re Amgen Inc. Sec. Litig.*
CV 07-2536 PSG (PLAx) (C.D. Cal.)

## EXPENSE REPORT

FIRM: LIEBESMAN LAW, LLC
REPORTING PERIOD: INCEPTION THROUGH SEPTEMBER 9, 2016

| EXPENSE | TOTAL AMOUNT |
|---|---|
| Duplicating | $19.50 |
| Work-Related Transportation/Meals/Lodging | $8,921.00 |
| **TOTAL** | **$8,940.50** |