**LABATON SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
*tdubbs@labaton.com*
James W. Johnson (*pro hac vice*)
*jjohnson@labaton.com*
Christopher J. McDonald (*pro hac vice*)
*cmcdonald@labaton.com*
Nicole M. Zeiss *(pro hac vice)*
*nzeiss@labaton.com*
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiff and Class Representative Connecticut Retirement Plans and Trust Funds and Counsel for the Class*

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (#112566)
*gnelson@nflawfirm.com*
601 S. Figueroa Street, Suite 2050
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Local Counsel for Lead Plaintiff and Class Representative Connecticut Retirement Plans and Trust Funds*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE AMGEN INC. SECURITIES LITIGATION | **Case No. CV 07-2536 PSG (PLAx)**<br><br>**Honorable Philip S. Gutierrez**<br><br>**NOTICE OF MOTION AND CLASS REPRESENTATIVE'S MOTION FOR APPROVAL OF DISTRIBUTION TO ELIGIBLE CLAIMANTS**<br><br>**Date: June 3, 2019**<br>**Time: 1:30 p.m.**<br>**Courtroom: 6A** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 3, 2019, at 1:30 p.m., or such other date and time as set by the Court, Connecticut Retirement Plans and Trust Funds ("Class Representative"), will move before this Court, pursuant to the parties' Stipulation and Agreement of Settlement, dated as of July 20, 2016 (ECF No. 581-3), for entry of an Order: (i) approving the Claims Administrator's administrative determinations to accept or reject claims submitted in connection with the Court-approved Settlement; (ii) authorizing the distribution of the Net Settlement Fund to Class Members whose claims have been accepted as valid and approved by the Court, pursuant to the distribution plan proposed by the Claims Administrator; (iii) establishing a bar date beyond which new claims will not be allowed; (iv) authorizing the contribution of any remaining unclaimed balance of the Net Settlement Fund, which cannot be cost-effectively re-distributed to Authorized Claimants, to a proposed *cy pres* recipient; (v) approving payment of the Claims Administrator's fees and expenses in connection with the estimate to complete the initial distribution of the Net Settlement Fund; and (vi) authorizing the destruction of Claim Forms after the distribution is complete.

This Motion is supported by the accompanying Class Representative's Memorandum of Points and Authorities in Support of Motion for Approval of Distribution to Eligible Claimants and the accompanying Declaration of Alexander Villanova, dated March 26, 2019, and the exhibits attached thereto; the pleadings and other documents on file in this action; and all other written material or oral argument as may be presented to the Court. A proposed order is also submitted herewith.

**COMPLIANCE WITH CIVIL LOCAL RULE 7-3**

Class Counsel has conferred with Counsel for Amgen, Inc. and Amgen takes no position on the relief requested by this motion. Pursuant to the Stipulation and

Agreement of Settlement, Defendants have no interest in the relief sought by this motion. *See* ECF No. 581-3, Stipulation ¶ 11 ("This is not a claims-made settlement. As of the Effective Date, Amgen shall not have any right to the return of the Settlement Fund or any portion thereof for any reason except pursuant to the conditions set forth in paragraphs 37, 38 and 44"); *Id.* ¶ 22 ("The Released Defendant Parties and Defendants' Counsel shall have no responsibility for (except as stated in ¶ 5 hereof), interest in, or liability whatsoever with respect to the administration of the Settlement or the actions or decisions of the Claims Administrator, and shall have no liability to the Class in connection with such administration.") Accordingly, oral argument of the motion is not being requested.

Dated: April 8, 2019

**LABATON SUCHAROW LLP**

By: /s/ *Christopher J. McDonald*
Christopher J. McDonald

Thomas A. Dubbs (*pro hac vice*)
James W. Johnson (*pro hac vice*)
Christopher J. McDonald (*pro hac vice*)
Nicole M. Zeiss (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiff and Class Representative Connecticut Retirement Plans and Trust Funds and Counsel for the Class*

— and —

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (#112566)
gnelson@nflawfirm.com

601 S. Figueroa Street, Suite 2050
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
*Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2019

/s/ *Christopher J. McDonald*
CHRISTOPHER J. MCDONALD

**Electronic Mail Notice List: The following are those who are currently on the list to receive e-mail notices for this case.**

Glen L Abramson

gabramson@bm.net

Gabriel Barenfeld

gbarenfeld@nflawfirm.com,ktorres@nflawfirm.com,pdavis@nflawfirm.com

Timothy J Burke

service@ssbla.com,ssblaservice@gmail.com

Lisa W Cornehl

lcornehl@firstam.com

Douglas James Dixon

ddixon@hueston.com,docketing@hueston.com,sjones@hueston.com

Jeffrey A Dubbin

jdubbin@labaton.com,6415738420@filings.docketbird.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

Thomas A Dubbs

tdubbs@labaton.com,kgutierrez@labaton.com,1751297420@filings.docketbird.com,DubbsParalegals-Group@labaton.com,electroniccasefiling@labaton.com

Steven N Feldman

sfeldman@hueston.com,docketing@hueston.com

Michael M Goldberg

michael@goldberglawpc.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,brian@goldberglawpc.com

Richard M Heimann

rheimann@lchb.com

John C Hueston

jhueston@hueston.com,docketing@hueston.com,lhiles@hueston.com

Richard T Joffe

rjoffe@labaton.com

James W Johnson

jjohnson@labaton.com,7592785420@filings.docketbird.com,smundo@labaton.com,electroniccasefiling@labaton.com

Moez M Kaba

mkaba@hueston.com,docketing@hueston.com,eupton@hueston.com

Christopher Kim

ckim@christopherkimlaw.com

Ryan C Kirkpatrick

rkirkpatrick@susmangodfrey.com,ehenke@susmangodfrey.com

Steven O Kramer

skramer@sheppardmullin.com,mvanterpool@sheppardmullin.com,jmoss@sheppardmullin.com

Joy A Kruse

jakruse@lchb.com

Mark I Labaton

mlabaton@glancylaw.com,info@glancylaw.com

Nicole Lavallee

nlavallee@bermantabacco.com,ysoboleva@bermantabacco.com

Daniel P Lefler

dlefler@irell.com

Bruce W Leppla

bleppla@lchb.com

Christopher J McDonald

cmcdonald@labaton.com,kgutierrez@labaton.com,drogers@labaton.com,mpenrhyn@labaton.com,4082127420@filings.docketbird.com,echan-lee@labaton.com,smundo@labaton.com,electroniccasefiling@labaton.com

Gretchen M Nelson

gnelson@nflawfirm.com,aho@nflawfirm.com,ktorres@nflawfirm.com,mlevin@nflawfirm.com,pdavis@nflawfirm.com

James Ostaszewski
JOstaszewski@labaton.com

Jonathan M Plasse
jplasse@labaton.com

Barbara A Podell
bpodell@bm.net,emagnus@bm.net

Karen Hanson Riebel
khriebel@locklaw.com,crjohnson@locklaw.com,arpederson@locklaw.com,amraak@locklaw.com

Michael H Rogers
mrogers@labaton.com,8956253420@filings.docketbird.com

Sherrie R Savett
ssavett@bm.net,ecf@bm.net

Marc M Seltzer
mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

Arthur Stock
astock@bm.net

Andrew J Strabone
astrabone@irell.com,mxanten@irell.com

Joseph J Tabacco , Jr
jtabacco@bermantabacco.com,ysoboleva@bermantabacco.com

Glenn K Vanzura
gvanzura@irell.com

Irina Vasilchenko
ivasilchenko@labaton.com,ElectronicCaseFiling@labaton.com,8032137420@filings.docketbird.com

Jeff S Westerman
jwesterman@jswlegal.com

Lisa J Yang
lisa.yang@limnexus.com,rachel.kim@LimNexus.com

Nicole M Zeiss
NZeiss@labaton.com,5854006420@filings.docketbird.com,kgutierrez@labaton.com,ElectronicCaseFiling@labaton.com,Settlementquestions@labaton.com,EWierzbowski@labaton.com,cboria@labaton.com

**Manual Notice List**

The following is the list of persons who are not on the list to receive e-mail notifications for this case. Given the volume of the filing, they will receive a CD of the filing. via U.S. Mail:

Mack Anderson
Mayer Brown
350 S Grand Ave, 25th Fl
Los Angeles, CA 90071-1503

Donald Hanks
550 Forest Park Boulevard Apt 331B
Oxnard, CA 93036

Robert W Kellerman
Stoll Keenon Ogden
500 West Jefferson Street Suite 2000
Louisville, KY 40202

Sabrina S Kim
Sabrina Kim Law Offices
PO Box 5000
Rancho Santa Fe, CA 92067

Joseph C Kohn
Dennis Sheils
Kohn Swift & Graf
1 South Broad Street, Suite 2100
Philadelphia, PA 19103

Lee A. Webb
Stoll Keenon Ogden
500 West Jefferson Street Suite 2000
Louisville, KY 40202